In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-258 CR


____________________



DONALD RAY DARBY, JR. a/k/a DONALD RAY DARBY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07 00330






 MEMORANDUM OPINION


 Donald Ray Darby, Jr. a/k/a Donald Ray Darby was convicted and sentenced on an
indictment for unauthorized use of a vehicle. Darby filed a notice of appeal on May 18,
2007. The trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The trial court's certification has been provided to the Court of
Appeals by the district clerk.

 On May 23, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered July 25, 2007

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.